IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARCUS J. MIGUES, #71301** § | | **PETITIONER** |
| § | | |
| **VERSUS** § | | **CIVIL ACTION NO. 1:05cv320DMR-JMR** |
| § | | |
| **FRANKLIN D. BREWER** and § | | |
| **JIM HOOD, Attorney General** § | | **RESPONDENTS** |

### ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION OF RESPONDENTS TO DISMISS AND DENYING MOTION OF PETITIONER TO COMPEL

BEFORE THE COURT is the Report and Recommendation of the U. S. Magistrate Judge entered on May 15, 2006 [Doc. No. 24], recommending that the Motion of the Respondents to Dismiss pursuant to the one-year limitations period of 28 U.S.C. §2244(d) [Doc. No. 17] be granted and the above-captioned action be dismissed, and that the Petitioner's Motion to Compel be denied as moot [Doc. No. 19].  After careful consideration of the record, the Objection filed by the Petitioner [Doc. No. 25], and the applicable case law, this Court is of the opinion that said Report and Recommendation will be adopted as it is neither clearly erroneous nor contrary to law as set forth in Rule 72 of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Report and Recommendation of the U. S. Magistrate Judge entered in this cause on May 15, 2006 [Doc. No. 24], recommending that the Motion of the Respondents to Dismiss pursuant to the one-year limitations period of 28 U.S.C. §2244(d) [Doc. No. 17] be granted, and recommending that the Petitioner's Motion to Compel be denied as moot, be and is hereby **ADOPTED** as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion of the Respondents to Dismiss Pursuant to §2244(d) [Doc. No. 17] shall be and is hereby **GRANTED WITH**

**PREJUDICE**, and the Motion of the Petitioner to Compel be and is hereby **DENIED as MOOT** [Doc. No. 19].

  **IT IS FURTHER ORDERED AND ADJUDGED** that a Final Judgment shall be entered in this cause.

  **SO ORDERED AND ADJUDGED** this the   16th   day of August, 2006.


          **/S/   DAN M. RUSSELL, JR.**
          **UNITED STATES DISTRICT JUDGE**